AO 241
(Rev. 10/07)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 JUN 30 PM 12: 13

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): Ralph Blaine Smith | Docket No. 2:16CV0627 | |
| Place of Confinement: Marion Corr. Inst. | Prisoner No.: 392 562 | |
| Petitioner (include the name under which you were convicted) Ralph Blaine Smith | v. | Respondent (authorized person having custody of petitioner) Jason Bunting, Warden |
| The Attorney General of the State of Mike DeWine | | |

Judge Watson

PETITION

MAGISTRATE JUDGE KING

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Fairfield County Court of Common Pleas, Lancaster, Ohio

   (b) Criminal docket or case number (if you know): CR 0071

2. (a) Date of the judgment of conviction (if you know): 9/19/2000

   (b) Date of sentencing: Same

3. Length of sentence: 67 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: 5cts agg. Burglary, 2cts Kidnapping, theft and firearm specifications on each of

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty         ☐ (4) Insanity plea

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

## Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $_____$, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

    Clerk, United States District Court for
    Address
    City, State Zip Code

9. CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

Not Guilty on all charges

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury  ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes  ☒ No

8. Did you appeal from the judgment of conviction?

☒ Yes  ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Fifth District Court of Appeals

(b) Docket or case number (if you know): 00 CA 13

(c) Result: Affirmed

(d) Date of result (if you know): 12/10/2001

(e) Citation to the case (if you know):

(f) Grounds raised: The trial court erred in failing to grant suppression hearing 2) Improper out of court identifications 3) maximum consecutive sentences 4) Allied Offenses 5) Improper restitution 6) Ineffective assistance of counsel

(g) Did you seek further review by a higher state court?  ☒ Yes  ☐ No

If yes, answer the following:

(1) Name of court: Ohio Supreme Court

(2) Docket or case number (if you know): 02 0129

(3) Result: Denied jurisdiction

(4) Date of result (if you know): 4/13/2002

(5) Citation to the case (if you know):

(6) Grounds raised: Same on Appeal

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Fifth District Court of Appeals
(2) Docket or case number (if you know): 00CA 63
(3) Date of filing (if you know): 3/11/2002
(4) Nature of the proceeding: Application to re open Appeal 26B
(5) Grounds raised: Ineffective Assistance of Counsel for failing to object to juror questioning 2)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☒ No

(7) Result: Denied
(8) Date of result (if you know): 5/17/2002

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: Fairfield County Court of Common Pleas

    (2) Docket or case number (if you know): 2000 CR 71

    (3) Date of filing (if you know): 11;12/2013

    (4) Nature of the proceeding: MOTION TO CORRECT VOID SENTENCE

    (5) Grounds raised: 1) Lack of final appealable order 2) PRC Violation 3) Allied offenses

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes ☑ No

    (7) Result:

    (8) Date of result (if you know): Feb 12, 2014

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☒ Yes ☐ No

(2) Second petition: ☒ Yes ☐ No

(3) Third petition: ☐ Yes ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Pending on appeal due to remand

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Improper witness identification 5th and 14th Amendments

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

State's witness identification was unreliable and tainted by improper out of court identifications and improper police methods as described in this petitioner's direct appeal violating his constitutional rights to a fair trial and the due process of law

(b) If you did not exhaust your state remedies on Ground One, explain why:

Exhausted

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** The improper imposition of maximum Consecutive Sentences 5th and 14th amendments

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Maxumum consecutivds sentences were not proper and violatedpp apprendii rule and 5th amendment and 14th amendments

(b) If you did not exhaust your state remedies on Ground Two, explain why:

Exnausted

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:** Allied Offenses, 5th and 14th Amendments

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Despite a single incident with a single victim the sentences were not merged into a single conviction with only one sentence.

(b) If you did not exhaust your state remedies on Ground Three, explain why?

Exhausted

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Vacate Void Sentence

Name and location of the court where the motion or petition was filed:

Fairfield County Court of Common pleas

Docket or case number (if you know): Same

Date of the court's decision: 2/24/2014

Result (attach a copy of the court's opinion or order, if available): Affirmed

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 5th District Court of Appeals

Docket or case number (if you know): 2014 CA 18

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): Remanded for resentencing

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** Ineffective assistance of trial counsel 5th & 6th &14th amendments

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsel was ineffective for allowing improper witness testimony and improper police procedures. Trial counsel was also ineffective for the failure to object to the imposition of maximum consecutive sentences and separate sentences imposed for multiple titles of 1 (one) count. At resentencing the trial counsel was ineffective for allowing petitioner's right to be free of double jeopardy to be violated and all other claims made on direct or collateral attack concerning trial counsel's failures. All of which in violation of the 5th, 6th and 14th amendments

(b) If you did not exhaust your state remedies on Ground Four, explain why:

Exhausted

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☒ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No    1 Subclaim involving last appeal

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Motion to Vacate

Name and location of the court where the motion or petition was filed: Fairfield County Court of common Pleas

Docket or case number (if you know): 2000 CR 71

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): Relief Denied

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No
(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 5th District Court ofA Appeals

Docket or case number (if you know): 2014 CA 18

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): Remand

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☒ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    Appeal pending after remand
    New Trial motion unexhausted

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

    None

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☒ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

    Appeal after remand

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:   Sherman

(b) At arraignment and plea:   Same

(c) At trial:   Same

(d) At sentencing:   Same

(e) On appeal:   Byron Potts

(f) In any post-conviction proceeding:   Sam Samansky / Pro se

(g) On appeal from any ruling against you in a post-conviction proceeding:   Sam Samansky/pro se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Truly due to complete resentencing in July of 2015

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Vacate conviction and release

or order new trial with all evidence virtually shown to the jury

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  6/20/2016  (month, date, year).

Executed (signed) on  6/20/2016  (date).

_____
Ralph Blinn Smith
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

# EXTRA GROUNDS OF PETITIONER RALPH BLAINE SMITH

5) Trial Court refused Allocution on sentencing issues violating the 5th and 14th amendments.

Despite being completely resentenced, the trial court failed to allow this petitioner to argue all sentencing issues which violated this petitioners 5th and 14th amendment rights

pending on appeal          See Petition to hold in Abeyance

---

6) Double Jeopardy Violation offending the 5th amendment

This petitioner was placed in jeopardy twice for the same offenses alleged to have occurred thus violating his right under the 5th amendment to be free of double jeopardy.

pending on appeal    See petition to hold in abeyance

---

7) Ineffective assistance of counsel in violation of the 5th, 6th and 14th amendments

Counsel was ineffective for the failure to allow the above errors at the resentencing hearing as described on appeal of that matter including his failure to move to dismiss the entire case on the grounds of double jeopardy in violation of the 5th, 6th and 14th amendments

7 pending on appeal    See petition to hold in abeyance